1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15

| GERALD R. RICHERT, | ) | 1:11-cv-00650 GSA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING CASE |
| | ) | |
| A. JAMES WARKENTIN, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

16
17
18
19
20
21

On February 6, 2013, all parties filed a stipulation agreeing that this entire case be dismissed.  (Doc. 40).  Pursuant to this stipulation, the Court dismisses this action, including the counterclaim, with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(1)(B).  Each party is to bear their own fees and costs.  The Clerk of the Court is directed to close this case.

22
23
24

IT IS SO ORDERED.

25

**Dated:   February 12, 2013**            _____/s/ **Gary S. Austin**_____
UNITED STATES MAGISTRATE JUDGE

26
27
28

1